UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CAREY DWAYNE DORSEY, | ) |
| | ) CIVIL ACTION NO. 2:13-CV-02830 |
| Plaintiff, | ) |
| | ) SECT. G/DIV. 1 |
| v. | ) |
| | ) JUDGE MINALDI |
| BOISE CASCADE, LLC, ET AL | ) |
| | ) MAGISTRATE KAY |
| Defendants. | ) |

### B. GERALD WEEKS and PROTEMP STAFFING SOLUTIONS, INC.'S JOINT MOTIONS FOR SUMMARY JUDGMENT

    Defendants, B. Gerald Weeks and Protemp Staffing Solutions, Inc., file this joint motion of summary judgment pursuant to Federal Rules of Civil Procedure, Rule 56, and for the reasons more fully set out in the accompanying memorandum in support, exhibits and statement of undisputed facts, adopted by reference from the previously filed motion of Bosie Cascade, LLC, states that plaintiff's claims should be dismissed because he cannot show that he was a qualified individual with a disability under and as the term is construed in the Americans with Disabilities Act.

    WHEREFORE, Defendants pray that the joint motion for summary judgment be granted and that an order and judgment issue dismissing all of plaintiff's claims, with prejudice, and further granting defendants all other legal and equitable relief to which they may be entitled.

July 16, 2014.

Respectfully submitted,

/s/ B.  Gerald Weeks
B. Gerald Weeks (13306)
1150 Expressway Drive   Suite 205
Pineville, LA 71360
318-442-3045 voice
855-485-1191 fax
*Attorney for Protemp Staffing Solutions, Inc., and B. Gerald Weeks*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I have filed electronically with the Clerk of Court using the CM/ECF system and served a true and correct copy of the foregoing via United States mail, properly addressed and postage prepaid, or electronic mail on:

Carey Dwayne Dorsey
116 MLK Street
P. O. Box 562
Oberlin, LA 70655
Email: dorseycarey@gmail.com


KEITH M. PYBURN, JR.
Louisiana Bar No. 10914
LARRY SOROHAN
Louisiana Bar No. 26120

FISHER & PHILLIPS LLP
201 St. Charles Avenue, Suite 3710
New Orleans, Louisiana 70170
Telephone: (504) 522-3303
Facsimile: (504) 529-3850
Email: kpyburn@laborlawyers.com
lsorohan@laborlawyers.com

Attorneys for Defendant Boise Cascade, L.L.C.

Pineville, Louisiana.

/s/ B.  Gerald Weeks
_____
**B. GERALD WEEKS**