RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CAREY DWAYNE DORSEY,** | * | **CIVIL ACTION NO. 2:13-cv-2830** |
| Plaintiff, | * | |
| v. | * | **JUDGE PATRICIA MINALDI** |
| **BOISE CASCADE, L.L.C., ET AL.,** | * | |
| Defendants. | * | **MAGISTRATE JUDGE KAY** |

*********************************************************************

## ORDER

Considering Boise Cascade, L.L.C.'s Motion for Summary Judgment [Doc. 46], and Protemp Staffing Solutions, Inc.'s Motion for Summary Judgment [Doc. 48], to which the plaintiff has filed an Opposition [Doc. 53], to which the defendants have filed a Joint Reply Memorandum in Support for Summary Judgment [Doc. 58], to which the plaintiff has filed a *sur* reply [Doc. 60], to which the defendants have filed a *sur* reply [Doc. 68], and to which the plaintiff has filed a response [Doc. 69] and a reply [Doc. 70]; and the plaintiff's Motion for Summary Judgment [Doc. 53], to which the defendants have filed an Opposition [Doc. 58], to which the plaintiff has filed a reply [Doc. 60], to which the defendants have filed a *sur* reply [Doc. 68], and to which the plaintiff has filed a response [Doc. 69] and a reply [Doc. 70], and for the reasons set forth in the accompanying Memorandum Ruling,

**IT IS ORDERED** that Boise Cascade, L.L.C.'s Motion for Summary Judgment [Doc. 46] be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that Protemp Staffing Solutions, Inc.'s Motion for Summary Judgment [Doc. 48] be and hereby is **GRANTED.**

1

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Summary Judgment [Doc. 53] be and hereby is denied.

Lake Charles, Louisiana, this 2 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE